1  Jonathan D. Baker (Cal. Bar No. 196062)
   Gurtej Singh (Cal. Bar No. 286547)
2  FARNEY DANIELS PC
   411 Borel Ave., Suite 350
3  San Mateo, CA 94402
   Telephone: (424) 268-5210
4  Facsimile:  (424) 268-5219
5  jbaker@farneydaniels.com
   tsingh@farneydaniels.com
6
7  Attorneys for Plaintiff
   GORDIUM INNOVATIONS LLC
8
   THE MATHEWS LAW GROUP
9  Charles T. Mathews (SBN 55889)
   37 E. Huntington Drive, Suite A
10 Arcadia, California 91006
   Telephone: (626) 683-8291
11 Facsimile: (626) 683-8295
12 Ted@mathewslawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| GORDIUM INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ETHERWAN SYSTEMS, INC.<br>and<br>KORENIX USA CORPORATION<br><br>Defendant. | Lead Civil Case No. SACV-15-0028-DOC (JPRx)<br><br>Consolidated Civil Case No. SACV-15-0135-DOC (JPRx)<br><br>**ORDER OF DISMISSAL AS TO KORENIX USA CORPORATION** |
|---|---|

1  Having considered the Stipulation of Dismissal signed by Plaintiff Gordium
2  Innovations LLC and Defendant Korenix USA Corporation, and filed pursuant to
3  Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Court hereby
4  orders that Defendant Korenix USA Corporation be dismissed with prejudice.

7  IT IS SO ORDERED this 5th day of June, 2015.

*David O. Carter*
United States District Judge